

**PEARSON WARSHAW**

15165 VENTURA BLVD., SUITE 400
SHERMAN OAKS, CA 91403
office (818) 788-8300
fax (818) 788-8104
PWFIRM.COM

DANIEL L. WARSHAW
direct (818) 205-2805
DWARSHAW@PWFIRM.COM

February 7, 2023

Hon. John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**VIA ECF**

Re:   Michael Kaplan v. Comedy Partners, Initial Conference
      Case No.:    1:22-cv-09355
      Our File No.:   5759-00001

*[Handwritten note: The 2/14/23 conference is canceled. The 2/23/23 conference will proceed by telephone at 2:30 p.m. So ordered. JGKoeltl 2/7/23 U.S.D.J.]*

Dear Judge Koeltl:

We represent plaintiff Michael Kaplan in the above-captioned matter. Pursuant to Rule I.E. of the Court's Individual Practices, we jointly write you along with counsel for the defendant to request that the February 14, 2023, Initial Conference be reset to date to be determined at the February 23, 2023 Pre-Motion Conference (ECF No. 18).

On November 29, 2022 the Court set the Initial Conference. After setting the Initial Conference, the parties began discussions regarding the allegations and defendant's challenges to the complaint. *Id.* The parties have not completed these discussions. The parties believe that is inefficient and premature to have the Initial Conference until after the Pre-Motion Conference and therefore respectfully request that the Initial Conference be reset to a date to be determined at the Pre-Motion Conference.

The instant letter-motion is plaintiff's first request adjournment of the Initial Conference.

/ / /

/ / /

PEARSON WARSHAW, LLP

Hon. John G. Koeltl
February 7, 2023
Page 2

Thank you for consideration of this request.

                                                Very truly yours,

                                                PEARSON WARSHAW, LLP

                                                */s/ Daniel L. Warshaw*

                                                DANIEL L. WARSHAW

cc:    All Counsel (via ECF)

988107.1