# King & Spalding

King & Spalding LLP
50 California Street
Suite 3300
San Francisco, CA 94111

Kenneth L. Steinthal
Direct Dial: +1 415 318 1211
ksteinthal@kslaw.com

February 22, 2023

**VIA ECF**
Hon. John G. Koeltl
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:  Kaplan v. Comedy Partners, No. 1:22-CV-09355-JGK
        Consent Letter-Motion for Adjournment of Pre-Motion Conference

Dear Judge Koeltl,

  We represent defendant Comedy Partners in the above-captioned matter. Pursuant to Rule I.E of the Court's Individual Practices, we write jointly with Plaintiff's counsel to request that the parties' pre-motion conference, which is presently scheduled for February 23, 2023, at 2:30 p.m., be adjourned to March 27, 2023, or such other date thereafter at the Court's convenience.

  We appreciate that this request is less than 48 hours before the conference date, but the parties remain engaged in discussions regarding the possible voluntary resolution of the Complaint's allegations (including the sharing of related data in the parties' possession). We continue to believe that these ongoing discussions may facilitate an early resolution of this matter, or alternatively help to narrow the issues for the Court to decide in connection with Comedy Partners' challenges to the Complaint. Accordingly, we respectfully request an adjournment of the pre-motion conference to allow further discussions to proceed without incurring potentially unnecessary litigation costs and unnecessarily burdening the Court.

  The instant letter motion is the parties' second requested adjournment of the pre-motion conference. There are no other scheduled dates in this action.

  Thank you for consideration of this matter.

*[Handwritten: ADJOURNED TO TUESDAY, MARCH 28/2023 AT 2:30 PM. SO ORDERED. 2/22/23 /s/ John G. Koeltl USDJ]*

Respectfully,

/s/ Kenneth L. Steinthal
Kenneth L. Steinthal

cc: All Counsel (via ECF)