

PEARSON WARSHAW

15165 VENTURA BLVD., SUITE 400
SHERMAN OAKS, CA 91403
office (818) 788-8300
fax (818) 788-8104
PWFIRM.COM

DANIEL L. WARSHAW
direct (818) 205-2805
DWARSHAW@PWFIRM.COM

March 29, 2023

Hon. John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Adjourned to Tuesday May 23, 2023, at 2:30 PM. Dial-in: (818) 363-4749 Access code: 8140049*

**VIA ECF**

Re:   Michael Kaplan v. Comedy Partners, Initial Conference
      Case No.:      1:22-cv-09355
      Our File No.:  5759-00001

*So Ordered*
*[signature]*
*3/29/23   USDJ*

Dear Judge Koeltl:

We represent plaintiff Michael Kaplan in the above-captioned matter. Pursuant to Rule I.E. of the Court's Individual Practices, we jointly write with counsel for Defendant Comedy Partners to request that the April 4, 2023, Pre-Motion Conference be continued six weeks to enable the parties to engage in further settlement discussions.

The parties have exchanged information and engaged in several informal settlement discussions. As a result of these preliminary discussions, the parties agree that further settlement talks are warranted. However, a further exchange of information is required to continue these discussions, which the parties anticipate will take approximately six weeks. However, it is possible that additional time may be needed.

Assuming the Court grants the instant request, the parties propose that we file a joint report in advance of the continued hearing date to update the Court on the status of settlement discussions and whether additional time is needed. The instant letter-motion is parties' third request for adjournment of the Pre-Motion Conference.

/ / /

PEARSON WARSHAW, LLP

Hon. John G. Koeltl
March 29, 2023
Page 2

Thank you for consideration of this request.

> Very truly yours,
>
> PEARSON WARSHAW, LLP
>
> */s/ Daniel L. Warshaw*
>
> DANIEL L. WARSHAW

cc:   All Counsel (via ECF)

991336.2