UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KAPLAN,<br><br>                    Plaintiff(s),<br><br>v.<br><br>COMEDY PARTNERS,<br><br>                    Defendant(s). | 22-CV-9355 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued October 13, 2023, directed the parties to file a joint status letter no later than October 27, 2023. No such letter was filed.

It is hereby **ORDERED** that the parties shall file the required joint status letter as soon as possible and no later than **November 2, 2023.**

SO ORDERED.

Dated: November 1, 2023
       New York, New York

                                                          _____
                                                                   DALE E. HO
                                                          United States District Judge