



**PEARSON WARSHAW**

15165 VENTURA BLVD., SUITE 400
SHERMAN OAKS, CA 91403
*office* (818) 788-8300
*fax* (818) 788-8104
PWFIRM.COM

DANIEL L. WARSHAW
*direct* (818) 205-2805
DWARSHAW@PWFIRM.COM

Application **GRANTED.** The parties shall file a further joint status letter by **December 1, 2023.** So Ordered.

Dale E. Ho
United States District Judge
Dated: November 2, 2023
New York, New York

November 1, 2023

Hon. Dale E. Ho
THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 Foley Square
New York, NY 10007

Re:   Michael Kaplan v. Comedy Partners
      Case No.:      1:22-cv-09355-DEH
      Our File No.:  5759-00001

Dear Judge Ho:

We represent plaintiff Michael Kaplan in the above-captioned matter. This joint status letter is on behalf of all parties to the action. The parties apologize to the Court for not filing the status letter on October 27, 2023.

The parties are pleased to inform the Court that after attending a mediation, they have reached an agreement in principle to resolve this matter on a class-wide basis. The parties are in the process of negotiating the formal settlement agreement and respectfully request that the Court orders the filing of an updated status report regarding settlement in thirty days.

Respectfully,

PEARSON WARSHAW, LLP

*/s/ Daniel L. Warshaw*

DANIEL L. WARSHAW

cc:   All Counsel (via ECF)

1001564.1

LOS ANGELES       SAN FRANCISCO       MINNEAPOLIS