UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                        :

JOSEPH ZIMMERMAN, ANTHONY       :
DEVITO, and SEAN DONNELLY,       :
*individually and on behalf of all others*  :
*similarly situated*,                 :            23-CV-2409 (VSB)
                                            :

                         Plaintiffs,   :

               -against-          :

PARAMOUNT GLOBAL; COMEDY     :
PARTNERS; and DOES 1-10,        :            **ORDER**
                                          :

                      Defendants.  :

------------------------------------------------------------ X
                                          :

MICHAEL KAPLAN,             :
*an individual, on behalf of himself and all* :
*others similarly situated*,        :
                                          :            22-CV-9355 (VSB)
                                          :

                       Plaintiff,   :

               -against-          :

COMEDY PARTNERS,             :
*a New York general partnership*,     :

                      Defendant.  :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       These actions have been consolidated before me on prior order of the Court.  (Doc. 37.)

The parties have informed me they have reached a settlement in principle and have requested

leave to provide a status update.  (Doc. 36.)  Accordingly, it is hereby ORDERED that the parties

submit a joint letter informing me of the status of these consolidated cases by August 20, 2024.

SO ORDERED.

Dated:    July 22, 2024
          New York, New York

_____
VERNON S. BRODERICK
United States District Judge